MASON *et al. v.* DUNN, commissioner, *et al.*

GILBERT, J.    1. The act of the General Assembly approved February 21, 1873 (Acts 1873, p. 282), entitled "An act entitled an act to establish a board of commissioners of revenues, roads, bridges, and paupers for the County of Murray," is not unconstitutional for any of the reasons assigned. *Churchill* v. *Walker*, 68 *Ga.* 681, 686; *Spier* v. *Morgan*, 80 *Ga.* 581 (5 S. E. 768); *Plumb* v. *Christie*, 103 *Ga.* 700 (30 S. E. 759, 42 L. R. A. 181).

2. The above-cited act confers authority on the county commissioners to contract for the erection of a court-house, jail, and other public buildings. *Dunn* v. *O'Neill*, 144 *Ga.* 823, 826.

3. The judge of the superior court did not err in refusing the injunction prayed for.                    *Judgment affirmed.   All the Justices concur.*
                              JANUARY 11, 1917.

Petition for injunction.   Before Judge Fite.   Murray superior court.   March 27, 1916.

*E. H. Beck,* for plaintiffs.

*D. W. Blair* and *J. M. Sellers,* for defendants.